Eastern District of Louisiana at New Orleans, Louisiana

Mag. Number: __10-37__   (Complaint) Warrant Other District

Defendant: __Lloyd Ellis Curry__

Charge: __PWIT Heroin__

_____ USC _____

U.S. Attorney: __Frederick Veters__

Interpreter Needed?   Yes   No

Court Date and Time: _____

Before Magistrate Judge: _____

Location: Courtroom # _____ __New Orleans__, Louisiana

Notify:   AUSA
          PreTrial Services
          Probation, if necessary
          Deft. Counsel
          USM
          Magistrate Judge