MINUTE ENTRY
APRIL 15, 2010
MOORE, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 10-037 |
| LLOYD ELLIS CURRY | SECTION: MAG |

INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT WITH/WITHOUT COUNSEL  *Retained: Kevin Kelly + James P. Johnson, 1465 North Broad St., New Orleans, LA 70119*

               X  ASSISTANT U.S. ATTORNEY  FREDERICK VETERS  *Edward Rivera for*

               ___ INTERPRETER _____

Designated by Court and sworn.   Time: _____ .M to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE COMPLAINT WAS:
    READ   WAIVED   (SUMMARIZED)

X DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 06

__/ BAIL SET AT _____

_____

_____

_____

_____

X/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

__/ DEFENDANT RELEASED ON BOND

X / DEFENDANT INFORMED THAT (PRELIMINARY HEARING) / REMOVAL HEARING / ARRAIGNMENT IS SET FOR _April 29, 2010 at 2:00 pm._

__/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

X/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR _Stipulated to detention reserving his right to reopen_

X/ DEFENDANT ORDERED TO RE-APPEAR FOR (PRELIMINARY HEARING) / REMOVAL HEARING / ARRAIGNMENT/DETENTION HEARING / HEARING TO DETERMINE COUNSEL   WITH COUNSEL _[signature]_